UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 15-10470-GAO

SHARON FEVRIER,
Plaintiff,

v.

BAY COVE HUMAN SERVICES, INC.,
Defendant.

ORDER ADOPTING REPORT AND RECOMMENDATION
September 20, 2017

O'TOOLE, D.J.

The magistrate judge to whom this matter was referred has filed a report and recommendation ("R & R") recommending that the defendant's Motion for Order to Enforce Settlement be granted. No objections to the report were timely filed.

After reviewing the pleadings, the parties' motion papers, and the R & R, I ADOPT the recommendation of the magistrate judge. The defendant's Motion for Order to Enforce Settlement (dkt. no. 42) is GRANTED. The parties' agreement of September 2, 2016, shall be enforced as recommended by the magistrate judge in the Conclusion of her R & R.

It is SO ORDERED.

George A. O'Toole, Jr.
United States District Judge